MELISSA HOLYOAK, United States Attorney (#9832)
SETH NIELSEN, Assistant United States Attorney (#13823)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court -UT
JAN 14 '26 PM 01:03

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | **INDICTMENT** |
|---|---|
| Plaintiff, | Count 1: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (>50 grams) |
| vs. | |
| CHRISTOPHER ERIC JOHNSON, | |
| Defendant. | Case: 2:26-cr-00003<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 1/13/2026 |

The Grand Jury charges:

### COUNT 1
### 21 U.S.C. § 841(a)(1)
### (Possession of Methamphetamine with Intent to Distribute)

On or about November 18, 2025, in the District of Utah,

**CHRISTOPHER ERIC JOHNSON,**

defendant herein, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. §

812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

_____
SETH NIELSEN
Assistant United States Attorney